PORTALE | RAND

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

February 10, 2026

In light of the parties' representations in Doc. 28, the IPTC previously scheduled for February 19, 2026 is canceled. The Court has reviewed the parties' proposed Civil Case Discovery Plan and Scheduling Order (Doc. 29). Upon review, a revised Civil Case Discovery Plan and Scheduling Order, with minor modifications to certain dates, will be separately docketed. The case management conference is scheduled for October 6, 2026, at 12:00 p.m., via telephonic conference.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 28.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
February 11, 2026

**Via ECF**
Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

Re:    *Puma v. Town of Fishkill, et al.*
Docket No.: 25-cv-7557 (PMH)

Dear Judge Halpern:

This firm represents the Defendants in the above-mentioned matter. On January 30, 2026, the Court issued a Notice of Initial Conference scheduled for February 19, 2026, at 10:30 a.m. I write today to request that the Court re-schedule the Initial Conference to a different date and time because my office is unavailable to appear before Your Honor on February 19, 2026. Specifically, I am out of town that week and unable to appear telephonically, and Drew W. Sumner must appear for a pre-trial conference in Supreme New York that is scheduled for the same time as the Initial Conference in this matter.

I have consulted with Ms. Youngwirth, Plaintiff's counsel, and request (subject to the Court's availability) that the Initial Conference be re-scheduled for: February 18 (9:00 a.m. – 1:30 p.m.), February 23, March 5, or March 6.

The parties plan to submit a Proposed Civil Case Discovery Plan and Scheduling Order on or before February 12, 2026, regardless of the date when the Initial Conference may be rescheduled. If the Proposed Order is acceptable to the Court, and because the parties have already appeared for a pre-motion conference with the Court last month, the parties request that the Court enter the Proposed Order and waive the initial conference. Thank you for Your Honor's courtesy and consideration of this request.

Respectfully submitted,

/s/ James A. Randazzo

James A. Randazzo

cc:    Counsel of record (via ECF)