UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUZANNE PUMA,

                          Plaintiff,

v.

TOWN OF FISHKILL, et al.,

                          Defendants.
-----------------------------------------------------------X

ORDER

25-CV-07557-PMH

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty-five (35) days of this Order. Any application to reopen filed after thirty-five (35) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
       March 2, 2026

_____
Philip M. Halpern
United States District Judge